JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorneys

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748

ATTORNEYS FOR UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZURICH INSURANCE COMPANY, ZURICH ) <br> AMERICAN INSURANCE COMPANY and ) <br> STEADFAST INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | No. 08-05005 MMC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING INITIAL CASE DEADLINES AND MANAGEMENT ISSUES** |

WHEREAS, the United States of America filed this action on November 3, 2008;

WHEREAS, the parties have been in communication through their respective attorneys;

WHEREAS, the United States has received completed Waiver of Service of Summons forms from Steadfast Insurance Company and Zurich American Insurance Company, executed December 4, 2008;

WHEREAS, the time for filing a first responsive pleading to the complaint for Steadfast Insurance Company and Zurich American Insurance Company is sixty days after November 6, 2008, or namely January 5, 2009; and

WHEREAS, the parties desire to continue their present discussions at an early private mediation as described below:

The parties stipulate as follows:

1. The parties have agreed to attend private mediation on or before January 30, 2009.
2. The parties have agreed that the time for Steadfast Insurance Company and Zurich American Insurance Company to file an initial responsive pleading is extended by thirty days to February 4, 2009.
3. The parties further agree that either plaintiff or any defendant may e-file a statement terminating the mediation process at any time and for any reason. In that event, the time for Steadfast Insurance Company and Zurich American Insurance Company to file an initial responsive pleading to the complaint would be as follows:

    (a) if any defendant terminates the mediation, February 4, 2009 or the day on which mediation is terminated, or

    (b) if plaintiff terminates the mediation, either February 4, 2009 or 10 days after the plaintiff's termination, whichever date is later.

    The date of the e-filing of the termination notice will initiate the running of the time periods described in this agreement.

4. The parties request that the dates for ADR Certification, Initial Disclosures under FRCP 26, preparation of the Case Management Conference Statement and the Initial Case Management Conference be postponed by approximately 30 days, respectively, from the dates previously ordered by the Court and that the Initial Case Management Conference be set for a date in mid-March 2009.

//
//
//
//
//
//
//

Stipulation and Proposed Order
*USA v. Zurich, et al.*, Action 08-05005 MMC

1   IT IS SO STIPULATED.

2

3   Dated: December 23, 2008                JOSEPH P. RUSSONIELLO
                                            United States Attorney
4

5
                                            By:  *s/Jonathan U. Lee*
6                                           CHARLES M. O'CONNOR
                                            JONATHAN U. LEE
7                                           Assistant U.S. Attorneys
                                            COUNSEL FOR PLAINTIFF
8

9
    Dated: December 23, 2008                SQUIRE, SANDERS & DEMPSEY LLP
10

11                                           *s/David A. Gabianelli*
                                            DAVID A. GABIANELLI
12                                          COUNSEL FOR DEFENDANTS STEADFAST
                                            INSURANCE COMPANY AND ZURICH
13                                          AMERICAN INSURANCE COMPANY

14

15  _____

16      PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the Case Management
    Conference is continued to March 27, 2009, at 10:30 a.m.
17
    Date:  December  24 , 2008              _____
18                                          HON. MAXINE M. CHESNEY
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28
Stipulation and Proposed Order
*USA v. Zurich, et al.*, Action 08-05005 MMC

3