1  Ethan A. Miller (State Bar No. 155965)
   David A. Gabianelli (State Bar No. 158170)
2  Ethan H. Seibert (State Bar No. 232262)
   SQUIRE, SANDERS & DEMPSEY L.L.P.
3  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
4  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
5  Email:      eamiller@ssd.com
   Email:      dgabianelli@ssd.com
6  Email:      eseibert@ssd.com

7  Attorneys for Defendants
   ZURICH AMERICAN INSURANCE COMPANY
8  and STEADFAST INSURANCE COMPANY

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>              Defendant. | CASE NO.  CV08-5005 (MMC)<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING - CASE NO. CV08-5005 (MMC)

1  WHEREAS, the United States of America filed this action on November 3, 2008;

2  WHEREAS, the parties have been in communication through their respective attorneys;

3  WHEREAS, the United States of America has received completed Waiver of Service of Summons forms from Steadfast Insurance Company ("Steadfast") and Zurich American Insurance Company ("Zurich American"), executed December 4, 2008;

6  WHEREAS, this Court entered a Stipulation and Order Regarding Initial Case Deadlines and Management Issues on December 24, 2008 (Dkt. 8), in which initial case deadlines were postponed approximately 30 days to permit the parties to attend private mediation in January 2009; and

10  WHEREAS, the parties attended private mediation on January 23, 2009, and desire to continue their mediation discussions;

The parties stipulate as follows:

1. The parties will attend a further mediation session on or about March 13, 2009.

2. The parties agree that the time for Steadfast and Zurich American to file an initial responsive pleading would be no sooner than March 23, 2009 and according to the following schedule:

   (a) if any defendant terminates the mediation, March 23, 2009 or the day on which mediation is terminated, or

   (b) if plaintiff terminates the mediation, either March 23, 2009 or 10 days after the plaintiff's termination, whichever date is later.

The date of the e-filing of the termination notice will initiate the running of the time period for Steadfast and Zurich American to file their initial responsive pleading.

3. In order to accommodate conducting a further mediation session on March 13, 2009, the parties have agreed and request that certain dates and deadlines be extended as follows:

   (a) Initial Case Management Conference: on or about May 1, 2009.

- 1 -

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING - CASE NO. CV08-5005 (MMC)

      (b) Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan: April 10, 2009 (or 21 days before the Initial Case Management Conference, whichever date is later).

      (c) Last day to file ADR certification and either stipulation to ADR process or notice of need for ADR phone conference: April 10, 2009 (or 21 days before the Initial Case Management Conference, whichever date is later).

      (d) Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report: April 24, 2009.

      (e) Last day to file joint Initial Case Management Statement: April 24, 2009.

**IT IS SO STIPULATED.**

DATED: February 4, 2009

JOSEPH P. RUSSONIELLO
United States Attorney


By:      */s/ Charles M. O'Connor*
     CHARLES M. O'CONNOR
     JONATHAN U. LEE
     Assistant U.S. Attorneys
     COUNSEL FOR PLAINTIFF

DATED: February 4, 2009

SQUIRE, SANDERS & DEMPSEY L.L.P.


By:      */s/ David A. Gabianelli*
     DAVID A. GABIANELLI

Attorneys for Defendants
STEADFAST INSURANCE COMPANY and
ZURICH AMERICAN INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the Case Management Conference is continued to May 1, 2009.

DATED: February 5, 2009

              *[signature]*
HON. MAXINE M. CHESNEY
United States District Judge

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492