UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 08-5005 MMC | United States of America v. Zurich Insurance Company, et al. |
| C 09-0437 PJH | United States of America v. California Department of Transportation |

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: March 12, 2009

MAXINE M. CHESNEY
United States District Judge