Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Ethan H. Seibert (State Bar No. 232262)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: eamiller@ssd.com
Email: dgabianelli@ssd.com
Email: eseibert@ssd.com

Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY
and STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>       Defendant. | CASE NO. CV08-5005 (MMC)<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES ~~AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING~~** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING - CASE NO. CV08-5005 (MMC)

1   WHEREAS, the United States of America filed this action on November 3, 2008;

2   WHEREAS, the parties have been in communication through their respective attorneys;

3   WHEREAS, the United States of America has received completed Waiver of Service of Summons forms from Steadfast Insurance Company ("Steadfast") and Zurich American Insurance Company ("Zurich American"), executed December 4, 2008;

6   WHEREAS, this Court entered a Stipulation and Order Regarding Initial Case Deadlines and Management Issues on December 24, 2008 (Dkt. 8), in which initial case deadlines were postponed approximately 30 days to permit the parties to attend private mediation in January 2009;

10   WHEREAS, the parties attended private mediation on January 23, 2009;

11   WHEREAS, this Court entered a Further Stipulation and Order Regarding Initial Case Management Deadlines and Extension of Time to File a Responsive Pleading on February 5, 2009 (Dkt. 10), in which initial case deadlines were further postponed to permit the parties to attend a further private mediation session in March 2009; and

15   WHEREAS, the parties attended private mediation on March 13, 2009, and continued telephonic discussions with the assistance of the mediator until April 2009;

17   The parties stipulate as follows:

18   1.   Mediation was unsuccessful.

19   2.   Plaintiff filed a notice terminating mediation, consistent with the parties' earlier stipulations.

21   3.   Because the parties focused on the ongoing mediation efforts until very recently, the parties have agreed and request that certain dates and deadlines be extended as follows:

   (a) Initial Case Management Conference: on or about June 12, 2009.

   (b) Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan: May 22, 2009 (or 21 days before the Initial Case Management Conference, whichever date is later).

   (c) Last day to file ADR certification and either stipulation to ADR process

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

- 2 -
FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING - CASE NO. CV08-5005 (MMC)

or notice of need for ADR phone conference: May 22, 2009 (or 21 days before the Initial Case Management Conference, whichever date is later).

(d) Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report: June 5, 2009.

(e) Last day to file joint Initial Case Management Statement: June 5, 2009.

**IT IS SO STIPULATED.**

DATED:   April 21, 2009            JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                   By:    /s/
                                      CHARLES M. O'CONNOR
                                      JONATHAN U. LEE
                                      Assistant U.S. Attorneys
                                      COUNSEL FOR PLAINTIFF

DATED:   April 21, 2009            SQUIRE, SANDERS & DEMPSEY L.L.P.


                                   By:    /s/
                                      DAVID A. GABIANELLI

                                   Attorneys for Defendants
                                   STEADFAST INSURANCE COMPANY and
                                   ZURICH AMERICAN INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Specifically, the Case Management Conference is continued to June 12, 2009, and all other deadlines are continued accordingly.

DATED:   April 23, 2009            _____
                                   HON. MAXINE M. CHESNEY
                                   United States District Judge

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

FURTHER STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING - CASE NO. CV08-5005 (MMC)