1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Ethan A. Miller (State Bar No. 155965)
2  David A. Gabianelli (State Bar No. 158170)
   Ethan H. Seibert (State Bar No. 232262)
3  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
4  Telephone:    +1.415.954.0200
   Facsimile:    +1.415.393.9887
5  Email:    eamiller@ssd.com
   Email:    dgabianelli@ssd.com
6  Email:    eseibert@ssd.com

7  Attorneys for Defendants and Counter-Claimants
   ZURICH AMERICAN INSURANCE COMPANY
8  and STEADFAST INSURANCE COMPANY

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

13  UNITED STATES OF AMERICA,                Case No.  CV 08-5005-MMC

14              Plaintiff,                   **ZURICH AMERICAN INSURANCE
                                             COMPANY AND STEADFAST**
15      vs.                                  **INSURANCE COMPANY'S
                                             CERTIFICATION OF INTERESTED**
16  ZURICH INSURANCE COMPANY,                **ENTITIES OR PERSONS**
    ZURICH AMERICAN INSURANCE
17  COMPANY, and STEADFAST
    INSURANCE COMPANY,
18
                Defendants.
19

20  STEADFAST INSURANCE COMPANY,

21              Counter-claimant,

22      vs.

23  THE PRESIDIO TRUST, a Wholly-Owned
24  Corporation of the UNITED STATES OF
    AMERICA,
25
                Counter-defendant.
26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

ZAIC AND STEADFAST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - CASE NO. CV 08-5005-MMC

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6    Steadfast Insurance Company is a wholly owned subsidiary of Zurich American Insurance

7    Company, a New York corporation.

8    Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding

9    Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc.

10   is a 99.8711% owned subsidiary of Zurich Insurance Company Ltd., a Swiss corporation.  Zurich

11   Insurance Company Ltd. is directly and indirectly owned by Zurich Financial Services, a Swiss

12   corporation.  Zurich Financial Services is the only publicly traded parent company, with a listing

13   on the Swiss stock exchange, and a further trading of American Depositary Shares.

14                                          Respectfully submitted,

15   Dated:  April 23, 2009                 SQUIRE, SANDERS & DEMPSEY L.L.P.

16

17                                          By:_____ /s/ Ethan A. Miller_____

18                                                      Ethan A. Miller

19                                          Attorneys for Defendants and Counter-Claimants
                                            ZURICH AMERICAN INSURANCE COMPANY
20                                          and STEADFAST INSURANCE COMPANY

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

(*Pursuant to Federal Law*)

The undersigned certifies and declares as follows:

I, LANII LANGLOIS am a resident of the State of California and over 18 years of age and am not a party to this action.  My business address is One Maritime Plaza, Suite 300, San Francisco, California  94111, which is located in the county where any non-personal service described below took place.

On April 23, 2009, a copy of the following document(s):

**ZURICH AMERICAN INSURANCE COMPANY AND STEADFAST INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

was served on:

Joseph P. Rossoniello                          **Attorneys for the**
  United States Attorney                      **UNITED STATES OF AMERICA**
Joann M. Swanson
  Chief, Civil Division
Charles M. O'Connor
Jonathan U. Lee, Esq.
  Assistant United States Attorneys
**OFFICE OF THE U.S. ATTORNEY**
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

Service was accomplished as follows.

☒       **By U.S. Mail.**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐       **By Facsimile.**  On the above date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties noted above, whose facsimile transmission machine telephone number is set forth above.

☐       **By E-mail.**  by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on April 23, 2009, at San Francisco, California.

*/s/ Lanii Langlois*
LANII LANGLOIS

-i-

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

ZAIC AND STEADFAST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - CASE NO. CV 08-5005-MMC