UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff(s),

v.

ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY,
                Defendant(s).
_____/

CASE NO. CV 08-5005-MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties have participated in the following ADR process:

    **Court Processes:**
    ☐   Non-binding Arbitration (ADR L.R. 4)
    ☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☑   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☑   Private ADR (*please identify process and provider*)  Mediation

The parties engaged in mediation sessions on January 23 and March 13, 2009 before Mediator David J. Meadows.

The parties agree to hold the ADR session by:
    ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☑   other requested deadline  Mediation already conducted and concluded.

Dated: May 22, 2009                                  /s/
                                                    Attorney for Plaintiff  JONATHAN U. LEE

Dated: May 22, 2009                                  /s/
                                                   Attorney for Defendant  ETHAN A. MILLER

~~When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."~~

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☐ Private ADR

Deadline for ADR session
☐ 90 days from the date of this order.
☑ other   Mediation already conducted and concluded.

IT IS SO ORDERED.

Dated: May 29, 2009

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT    JUDGE