IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ZURICH INSURANCE COMPANY, et al.,

    Defendants.

                                   /

No. C 08-5005 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

      Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Quash Defendants' Subpoena, or in the Alternative, for a Protective Order, filed May 27, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

      The July 2, 2010 hearing before the undersigned is hereby VACATED.

      **IT IS SO ORDERED**.

Dated: May 28, 2010

MAXINE M. CHESNEY
United States District Judge