Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Ethan H. Seibert (State Bar No. 232262)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: eamiller@ssd.com
Email: dgabianelli@ssd.com
Email: eseibert@ssd.com

Attorneys for Defendants and Counter-Claimant
ZURICH AMERICAN INSURANCE COMPANY
and STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>    Defendants.<br><br>STEADFAST INSURANCE COMPANY,<br><br>    Counter-claimant,<br><br>    vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>    Counter-defendant. | CASE NO. CV08-5005-MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS CONCERNING MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER**<br><br>Trial Date: February 28, 2011 |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS CONCERNING MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER - CASE NO. CV08-5005 (MMC)

WHEREAS, on May 27, 2010 the Department of Interior, National Park Service ("NPS"), a third party to this action represented by counsel for the Plaintiff, filed a Motion to Quash/Motion for Protective Order ("Motion to Quash") regarding a subpoena served on NPS by Defendants and Counter-Claimant Zurich American Insurance Company and Steadfast Insurance Company in this action (Dkt. No. 33);

WHEREAS, counsel for Defendants and Counter-Claimant and NPS have been in communication regarding the subject matter at issue in the Motion to Quash and have filed a joint letter with The Honorable Elizabeth M. Laporte in an attempt to resolve the dispute at issue;

WHEREAS, the parties seek to briefly extend the date to file any papers in opposition to or in further support of the Motion to Quash and in reply to any opposition;

WHEREAS, the oppositions and reply papers, as well as the entire Motion to Quash, will become moot if the dispute is resolved through the submission of the joint letter to the Court;

The parties STIPULATE as follows:

1.  Any papers submitted in opposition to the Motion to Quash, currently due June 29, 2010, shall be due on July 2, 2010;

2.  Any papers submitted in response to an opposition, currently due July 6, 2010, shall be due on July 9, 2010.

**IT IS SO STIPULATED.**

DATED: July 24, 2010         JOSEPH P. RUSSONIELLO
                             United States Attorney

                             By:      */s/ Charles M. O'Connor*
                                 CHARLES M. O'CONNOR
                                 Assistant U.S. Attorneys
                                 COUNSEL FOR PLAINTIFF

DATED: July 24, 2010         SQUIRE, SANDERS & DEMPSEY L.L.P.

                             By:      */s/ David A. Gabianelli*
                                 DAVID A. GABIANELLI

                             Attorneys for Defendants and Counter-Claimant
                             ZURICH AMERICAN INSURANCE COMPANY
                             and STEADFAST INSURANCE COMPANY

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS CONCERNING MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER - CASE NO. CV08-5005 (MMC)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 28, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS
CONCERNING MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER - CASE NO. CV08-5005 (MMC)

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492