Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Ethan H. Seibert (State Bar No. 232262)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:        eamiller@ssd.com
Email:        dgabianelli@ssd.com
Email:        eseibert@ssd.com

Attorneys for Defendants and Counter-Claimant
ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 08-05005 MMC  EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZURICH INSURANCE COMPANY, | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY and STEADFAST | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      This matter came on for hearing this date of the United States of America's motion to quash, or in the alternative, for a protective order, regarding the subpoena served by Zurich American Insurance Company and Steadfast Insurance ("Zurich/Steadfast") on the U.S. Department of the Interior, National Park Service ("NPS") on April 28, 2010.  The Court having reviewed the materials submitted by parties and heard the arguments of counsel, and being fully advised in the premises,

//

     IT IS HEREBY ORDERED, that the motion for protective order is granted, in part. Within two business days from the entry of this Order, all responsive, non-privileged, non-work product documents, not previously produced by NPS or available at a separate location in the GGNRA Park Archive, shall be made available for inspection by Zurich/Steadfast's counsel, who shall inspect and select as many or as few of such documents as Zurich/Steadfast desires. These documents shall be imaged and the images Bates-stamped at Zurich/Steadfast's own expense and at no cost to the NPS or the United States; and,

     IT IS FURTHER ORDERED, that a copy of all documents Bates numbered and imaged (or copied) by Zurich/Steadfast shall be produced to the NPS, provided that NPS shall pay Zurich/Steadfast for the cost of making those copies; and,

     IT IS FURTHER ORDERED, that the inspection by Zurich/Steadfast, described above, shall be conducted in a supervised area, to be designated by NPS, at Building 101, Upper Fort Mason, California. Zurich/Steadfast opposed incurring the additional expense of imaging and Bates-stamping documents not selected, so if they bring any motion to compel and/or for sanctions based on NPS's alleged failure to produce all non-privileged, non-work product, responsive documents, that fact will be taken into account.

Dated: July 26, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER (Proposed)
C 08-5005 MMC EDL                -2-