IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C-08-05005 MMC (EDL) |
| Plaintiff, | **ORDER RE: PLAINTIFF'S AND DEFENDANTS' MOTIONS TO SHORTEN TIME** |
| v. | |
| ZURICH INSURANCE COMPANY, et al., | |
| Defendants. | |

On August 3, 2010, Plaintiff filed a Motion to Quash the Subpoena for Deposition of Joshua Bloom and a Motion to Compel or Alternatively for In Camera Review. Also on that day, Defendants filed a Motion to Compel the Deposition of Joshua Bloom. Both sides have filed motions to shorten time to hear these motions. Plaintiff informed the Court that it did not oppose Defendants' Motion to Shorten Time. Defendants filed an opposition to Plaintiff's Motion to Shorten Time, stating that they opposed only shortening time for Plaintiff's Motion to Compel.

Good cause appearing, Plaintiff's Motion to Shorten Time to hear the Motion to Quash Subpoena and Defendants' Motion to Shorten Time to hear the Motion to Compel Deposition are granted in part. Pursuant to the parties' proposed briefing schedule, oppositions to the Motion to Quash and Motion to Compel shall be filed no later than August 17, 2010, and replies, if any, shall be filed no later than August 20, 2010. The hearing for these motions is scheduled for August 31, 2010 at 2:00 p.m.

There is no good cause to grant Plaintiff's Motion to Shorten Time to hear Plaintiff's Motion to Compel. Thus, the Motion to Compel shall be heard on a regularly noticed schedule. The Court, however, is unavailable on September 7 and 14, 2010. Therefore, Plaintiff's Motion to Compel shall be heard on September 16, 2010. The Court is mindful of the September 10, 2010 discovery cutoff

1  date.  However, if as a result of the Court's ruling on the Motion to Compel, key documents are
2  produced, the Court would consider extending the deadline for related depositions after the
3  discovery cutoff date upon a showing of good cause.
4  **IT IS SO ORDERED.**
5  Dated: August 10, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2