MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:  (415) 436-7180
   Facsimile:   (415) 436-6748
   Email:      charles.oconnor@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ZURICH INSURANCE COMPANY,<br>ZURICH AMERICAN INSURANCE<br>COMPANY and STEADFAST<br>INSURANCE COMPANY,<br><br>              Defendants. | No. C 08-5005 MMC (EDL)<br><br>STIPULATION FOR LEAVE<br>TO FILE DECLARATION IN<br>SUPPORT OF PLAINTIFF'S<br>MOTION TO QUASH SUBPOENA/<br>OR FOR PROTECTIVE ORDER<br><br>Date:  August 31, 2010<br>Time:  2:00 pm<br>Courtroom E, 15th Floor |

     On August 3, 2010, the above-named plaintiff ("Plaintiff") filed two motions declarations related to discovery disputes in the above-captioned case, plus a motion for order shortening time for hearing of those two motions, and related declarations in support of all three motions. In connection with one of the motions, the United States' Motion to Quash the Defendants' Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action served on Joshua A. Bloom ("Motion to Quash"), the Plaintiff had prepared and intended to file three supporting declarations. One of those three declarations was the Declaration of Charles O'Connor in

Support of the United States' Motion to Quash Subpoena of Joshua A. Bloom ("O'Connor Declaration"), a copy of which is attached hereto.

On August 13, 2010, counsel for the Plaintiff discovered that the O'Connor Declaration was not among the documents on file with the Court. Further investigation disclosed that the Plaintiff had inadvertently failed to complete the ECF filing of the O'Connor Declaration. Upon learning of that failure, counsel for Plaintiff sent an electronic message, with an attached copy of the O'Connor Declaration, to counsel for Defendants Zurich American Insurance Company and Steadfast Insurance Company ("Defendants"). The message described the inadvertent failure of Plaintiff to complete the ECF filing of that document on August 3, 2010, and requested a stipulation for leave to file the O'Connor Declaration, now. Counsel for Defendants has graciously agreed to so stipulate.

Therefore, IT IS HEREBY STIPULATED by the parties, through the respective undersigned counsel, that the Plaintiff may, upon leave granted by this Court, file the O'Connor Declaration with the Court at this time.

                                      Respectfully submitted,

                                      MELINDA L. HAAG
                                      United States Attorney

                                       /s/
Dated: August 13, 2010          By:_____
                                       CHARLES M. O'CONNOR
                                       Assistant United States Attorney

                                              Attorneys for the United States of America

//
//
//
//
//
//

1
2                              SQUIRE, SANDERS & DEMPSEY L.L.P.
3
                                              /s/
   Dated: August 13, 2010      By:_____
4                              ETHAN H. SEIBERT
5
6                              Attorneys for the Defendants and Counter-
                               Claimant ZURICH AMERICAN
7                              INSURANCE COMPANY and
                               STEADFAST INSURANCE COMPANY
8
9
                                          ORDER
10
     Pursuant to the foregoing stipulation, it is so ordered.
11
12   DATED: August 16, 2010           *Elizabeth D. Laporte*
                                      ELIZABETH D. LAPORTE
13                                    United States Magistrate Judge

STIPULATION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF PLANITFF'S MOTION TO QUASH
SUBPOENA/OR FOR PROTECTIVE ORDER
Civil No. C 08-5005 MMC (EDL)         -3-