1  Ethan A. Miller (State Bar No. 155965)
   David A. Gabianelli (State Bar No. 158170)
2  Ethan H. Seibert (State Bar No. 232262)
   SQUIRE, SANDERS & DEMPSEY L.L.P.
3  275 Battery Street, Suite 2600
   San Francisco, CA  94111-3492
4  Telephone:  +1.415.954.0200
   Facsimile:   +1.415.393.9887
5
   Attorneys for Defendant
6  ZURICH AMERICAN INSURANCE COMPANY
   and Defendant and Counter-Claimant
7  STEADFAST INSURANCE COMPANY

8  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
9  JOANN M. SWANSON (SBN 135879)
   Chief, Civil Division
10 CHARLES M. O'CONNOR (SBN 56320)
   JONATHAN U. LEE (SBN 148792)
11 Assistant United States Attorneys
   450 Golden Gate Avenue, 9th Floor
12 San Francisco, California 94102
   Telephone: 415-436-6909
13 Facsimile: 415-436-6748

14 ATTORNEYS FOR UNITED STATES OF
   AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CV08-5005 MMC (EDL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE ADJUSTMENT OF CERTAIN CASE MANAGEMENT DEADLINES** |
| vs. | |
| ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, | |
| Defendant. | |

By and through their attorneys of record, the parties stipulate as follows:

1. Consistent with the record at the Status Conference conducted on September 24, 2010 in this matter, the parties have agreed, at the request of the Plaintiff, to a brief extension of the following Court deadlines, subject to the approval of the Court:

   a. Expert designation by plaintiff:  October 22, 2010 (extended from October 1, 2010)

   b. Expert designation by defendant:  November 5, 2010 (extended from October 15, 2010)

   c. Expert discovery cutoff:  November 30, 2010 (extended from November 5, 2010)

   d. Last day to file a dispositive motion:  December 1, 2010 (extended from November 19, 2010).  In the event that a party files a dispositive motion on December 1, 2010, the parties have agreed to the following briefing and hearing schedule:  Moving papers filed December 1, 2010; Opposition papers filed December 15, 2010; Reply papers filed December 22, 2010;  Hearing Date: January 7, 2011.  In the event that a party files a dispositive motion before December 1, 2010, the 35-day notice period, briefing deadlines and other requirements in Civil Local Rule 7 shall apply.

2. All other case management deadlines, including the trial date of February 28, 2010, shall remain the same.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: September 28, 2010 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | | |
| | | By: /s/<br>    CHARLES M. O'CONNOR<br>    JONATHAN U. LEE<br>    Assistant U.S. Attorneys<br>    COUNSEL FOR PLAINTIFF |
| | DATED: September 28, 2010 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | | By: /s/<br>    DAVID A. GABIANELLI |
| | | Attorneys for Defendant<br>ZURICH AMERICAN INSURANCE COMPANY<br>and Defendant and Counter-Claimant<br>STEADFAST INSURANCE COMPANY |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 30, 2010

_____
HON. MAXINE M. CHESNEY
United States District Judge