IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v.<br><br>ZURICH INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____ / | No. C-08-05005 MMC (EDL)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENA TO JOSHUA A. BLOOM |

On August 31, 2010, the parties presented oral argument concerning two motions: 1) Defendant Zurich American Insurance Company's and Defendant/Counter-Claimant Steadfast Insurance Company's (collectively, "Zurich") motion to compel the deposition of and production of documents Joshua A. Bloom ("Mr. Bloom"), and 2) Plaintiff United States of America, acting on behalf of the Presidio Trust's (the "Trust") motion to quash the subpoena to Mr. Bloom, and in the alternative, for a protective order. The Court has reviewed the materials submitted by parties and arguments of counsel.

IT IS HEREBY ORDERED, that Zurich's motion to compel the deposition of Mr. Bloom and his production of documents is granted and the Trust's motion to quash is denied. Mr. Bloom may withhold from production his bona fide work product, including his attorney notes.

**IT IS SO ORDERED.**

Dated: September 30, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge