MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
CHARLES M. O'CONNOR
JONATHAN U. LEE
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748

ATTORNEYS FOR UNITED STATES OF AMERICA

Squire, Sanders & Dempsey L.L.P.
Ethan A. Miller (State Bar # 155965)
David A. Gabianelli (State Bar # 158170)
Ethan H. Seibert (State Bar # 232262)
Michelle M. Full (State Bar # 240973)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
E-mail: eamiller@ssd.com
E-mail: dgabianelli@ssd.com
E-mail: eseibert@ssd.com
E-mail: mfull@ssd.com

Attorneys for Defendants and Counter-Claimant
ZURICH AMERICAN INSURANCE COMPANY
and STEADFAST INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 08-05005 MMC |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION REGARDING LIMITED REOPENING OF DISCOVERY TO ALLOW DEFENDANTS TO SUBPOENA DOCUMENTS FROM UC BERKELEY** |
| ZURICH INSURANCE COMPANY, ZURICH, AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY, | ) |
| Defendant. | ) |

1

At a meet and confer discussion held in accordance with the Court's instructions, the parties have agreed and hereby stipulate as follows:

Defendants filed a motion to compel certain depositions arising from the recent production of a document, after the September 10, 2010 discovery cut-off, by The Presidio Trust. At plaintiff's request, defendants withdrew the motion to allow for further meet and confer discussion. Defendants have agreed to withdraw the motion without prejudice until after having reviewed documents produced pursuant to the subpoenas and further meet and confer as to which depositions may be appropriate. Accordingly, discovery may be re-opened to permit the subpoena of documents from U.C. Berkeley, per the three subpoenas issued by defendants' counsel on September 24, 2010, requesting depositions and production of documents on October 15, 2010. The three subpoenas were directed to U.C. Berkeley, as well as U.C. Berkeley employees Roger Byrne and Liam Reidy. The documents may be produced forthwith. At present, it is contemplated that the documents sought by the subpoenas will be produced no later than October 8, 2010. Based on this meeting today, Plaintiff and Defendants hereby agree that Defendants shall have until October 15, 2010 to move to compel the depositions as described above.

IT IS SO STIPULATED.

Dated: October 7, 2010

MELINDA HAAG
United States Attorney

By: ___/s/ Jonathan U. Lee___
    JONATHAN U. LEE
CHARLES M. O'CONNOR
Assistant U.S. Attorneys
COUNSEL FOR PLAINTIFF

| | | |
|---|---|---|
| Dated: October 7, 2010 | | SQUIRE, SANDERS & DEMPSEY LLP |

        /s/ Ethan A. Miller
        ETHAN A. MILLER
        COUNSEL FOR DEFENDANTS STEADFAST
        INSURANCE COMPANY AND ZURICH
        AMERICAN INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October _8_, 2010        _/s/ Elizabeth D. Laporte_
        Hon. ELIZABETH D. LAPORTE
        UNITED STATES MAGISTRATE JUDGE

Stipulation
*USA v. Zurich, et al.,* Action 08-05005 MMC