Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Ethan H. Seibert (State Bar No. 232262)
Michelle M. Full (State Bar No. 240973)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:  eamiller@ssd.com
E-mail:  dgabianelli@ssd.com
E-mail:  eseibert@ssd.com
E-mail:  mfull@ssd.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant
STEADFAST INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>         Defendants. | CASE NO.  CV08-5005-MMC (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEFENDANTS' EXPERT DESIGNATION DEADLINE**<br><br>Trial Date: February 28, 2011 |
| STEADFAST INSURANCE COMPANY,<br><br>         Counter-claimant,<br><br>    vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>         Counter-defendant. | |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEFENDANTS' EXPERT
DESIGNATION DEADLINE -- CASE NO. CV08-5005-MMC (EDL)

This stipulation to extend the deadline for Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants") to designate experts is jointly made and submitted by Defendants and Plaintiff United States of America and Counter-Defendant The Presidio Trust.

WHEREAS, pursuant to the Stipulation and Order Re Adjustment of Certain Case Management Deadlines, dated September 30, 2010 (Dkt. 131), Defendants' deadline to designate experts is currently November 5, 2010;

WHEREAS, Defendants have requested a seven (7) day extension, to November 12, 2010, of the deadline to designate experts;

WHEREAS, the parties have met and conferred;

THEREFORE, the parties STIPULATE, by and through their attorneys, that Defendants' current deadline of November 5, 2010 to designate experts shall be extended to November 12, 2010.

**IT IS SO STIPULATED.**

DATED: November 3, 2010        MELINDA L. HAAG
                               United States Attorney


                               By:   */s/ Charles M. O'Connor*
                                     CHARLES M. O'CONNOR

                               Assistant U.S. Attorneys
                               COUNSEL FOR PLAINTIFF

DATED: November 3, 2010        SQUIRE, SANDERS & DEMPSEY L.L.P.


                               By:   */s/ David A. Gabianelli*
                                     DAVID A. GABIANELLI

                               Attorneys for Defendant
                               ZURICH AMERICAN INSURANCE COMPANY
                               and Defendant and Counter-Claimant
                               STEADFAST INSURANCE COMPANY

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

1

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEFENDANTS' EXPERT DESIGNATION DEADLINE -- CASE NO. CV08-5005-MMC (EDL)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:     November 5, 2010

                                                   MAXINE M. CHESNEY
                                                 United States District Judge

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DEFENDANTS' EXPERT DESIGNATION DEADLINE -- CASE NO. CV08-5005-MMC (EDL)