MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:   (415) 436-7180
   Facsimile:    (415) 436-6748
   Email:        charles.oconnor@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>                  Defendants. | No. C 08-5005 MMC (EDL)<br>ORDER ON STIPULATION RE SCHEDULE FOR BRIEFING AND HEARING OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date (Current):   December 3, 2010<br>Date (Proposed): December 10, 2010<br>Courtroom:       No. 7, 19th Floor<br>Judge:            Hon. Maxine M. Chesney |

    Defendant Steadfast Insurance Company ("Defendant") filed its notice of motion and motion for partial summary judgment and memorandum in support of same ("Motion") on October 29, 2010. The hearing date set for that Motion is December 3, 2010. Pursuant to the Civil Local Rules, at this time, the opposition to Defendant's Motion by the United States of America ("United States") is due on or before November 12, 2010, and Defendant's reply to defendant's opposition is due on or before November 19, 2010. The parties, through this stipulation, seek to extend the schedule for briefing and hearing Defendant's Motion.

//

THEREFORE, IT IS HEREBY STIPULATED and requested by the parties, through their respective undersigned counsel, that the schedule for briefing and hearing of the Motion be modified as follows:

United States' opposition to the Motion shall be due on or before November 19, 2010;

Defendant's reply to the opposition shall be due on or before November 30, 2010;

Hearing on Defendant's motion shall be re-set for December 10, 2010.

                                   Respectfully submitted,

                                   MELINDA L. HAAG
                                   United States Attorney

Dated: November 5, 2010         By: /s/
                                   CHARLES M. O'CONNOR
                                   Assistant United States Attorney

                                   Attorneys for the United States of America

                                   SQUIRE, SANDERS & DEMPSEY L.L.P.

Dated: November 5, 2010         By: /s/
                                   DAVID A. GABIANELLI, Esq.

                                   Attorneys for the Defendants and Counter-Claimants ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: November 10, 2010

                                   MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT JUDGE