MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorneys
Northern District of California

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-6909 (Lee)
    FAX:         (415) 436-7169

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>        Defendant.<br><br>AND RELATED CROSS ACTION | Case No. 08-5005 MMC (EDL)<br><br>**DECLARATION OF ALLEN ANCHETA**<br><br>Date:  December 10, 2010<br>Time:  9:00 a.m.<br>Before:  Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor, U.S. Courthouse<br>450 Golden Gate Ave., S.F., CA  94102 |

I, Allen Ancheta, declare as follows:

1. I am the Environmental Financial Analyst for the Environmental Remediation Department of the Presidio Trust.  I make this declaration from my own personal knowledge.  If called as a witness, I could and would competently testify to the contents of this declaration.

2. I obtained a Bachelor of Arts degree in Economics/Mathematics from the University of California at Santa Barbara.  Prior to working for the Presidio Trust, I was the financial

1

*United States v. Zurich Insurance Co., et al.*
U.S. District Court Action 08-5005 MMC

manager for the Federal Realty Investment Trust's Santana Row development project in San Jose, California, a mixed use residential and retail construction project, with 255 residential units and 528,000 sq. ft. of retail lease space built to date. As the Environmental Financial Analyst for the Environmental Remediation Department of the Presidio Trust, my responsibilities include complete budgeting, accounting, reporting, analysis and interpretation of the financial significance of past events and future plans of the Environmental Remediation Department's expenses and income. I have tracked and reported all past, present and future expenses and income from 1998 to the present for all current remediation sites at the Presidio

3. I am aware of a remediation site known as Baker Beach Disturbed Area 2A. I can attest that the Presidio Trust may receive additional invoices for future remediation activity at this site since our regulators have not approved site closure.

4. I have reviewed our records regarding this site and have located the following information. The total costs to date incurred by the Trust for remediation activity at Baker Beach 2A through September 30, 2010 is $5,585,240.04.

5. With respect to the dispute resolution settlement amount for Baker Beach Disturbed Area 2A that the Trust received from the Army, the Trust signed a Military Interdepartmental Purchase Request (MIPR) on March 21, 2008. The Trust actually received payment on June 3, 2008. The Trust reported the $2,334,625 to Zurich in our Financial Report #13 (January thru March, 2008) dated May 28, 2008.

6. The total amount of payments we have received from Zurich/Steadfast is $3,217,963.54. We received a payment of $399,211.22 in November 2007. We next received a payment for $1,464,236.02 in September 2008. We next received $474,883.01 in January 2009. We then

received $88,797.54 in February 2009. We next received a payment of $241,163.81 in October 2009. Finally, we received a payment of $549,671.94 in February 2010.

7. The difference between the total amount of payments we have received from Zurich including the $25,000.00 deductible and the total amount of what we have paid for remediation activities is approximately $2,342,276.50.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on November 19, 2010, in San Francisco, California.

ALLEN ANCHETA

3

*United States v. Zurich Insurance Co., et al.*
U.S. District Court Action 08-5005 MMC