Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
Ethan H. Seibert (State Bar No. 232262)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887
Email:         eamiller@ssd.com
Email:         dgabianelli@ssd.com
Email:         eseibert@ssd.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant
STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>              Defendants. | CASE NO.  CV08-5005-MMC (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING**<br><br>Trial Date:  February 28, 2011 |
| STEADFAST INSURANCE COMPANY,<br><br>              Counter-claimant,<br><br>     vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>              Counter-defendant. | |

This stipulation is being jointly made and submitted by Plaintiff United States of America and Counter Defendant The Presidio Trust (collectively referred to herein as "Plaintiff"), and Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants").

It is AGREED AND STIPULATED by the parties as follows:

1. With the permission of the Court, the hearing on Steadfast Insurance Company's Motion for Partial Summary Judgment (Docket #153) will be continued from December 10, 2010 until December 17, 2010 at 9:00 a.m.

2. The parties make this request to facilitate ongoing discussions regarding a resolution of this matter following a conference with Magistrate Spero on December 7, 2010.

**IT IS SO STIPULATED.**

DATED:   December 9, 2010         MELINDA L. HAAG
                                  United States Attorney


                                  By:  /sJonathan U. Lee/
                                       JONATHAN U. LEE

                                  Assistant U.S. Attorneys
                                  COUNSEL FOR PLAINTIFF

DATED:   December 9, 2010         SQUIRE, SANDERS & DEMPSEY L.L.P.


                                  By:  /sEthan A. Miller/
                                       ETHAN A. MILLER


                                  Attorneys for Defendant
                                  ZURICH AMERICAN INSURANCE COMPANY
                                  and Defendant and Counter-Claimant
                                  STEADFAST INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   December 9, 2010         _____
                                  MAXINE M. CHESNEY
                                  United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

1

JOINT STIPULATION AND [PROPOSED] ORDER --
CASE NO. CV08-5005-MMC (EDL)