IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

ZURICH INSURANCE COMPANY, et al.,

    Defendants.

No. C-08-05005 MMC (EDL)

**ORDER REGARDING IN CAMERA REVIEW OF PLAINTIFF'S DOCUMENTS**

    Pursuant to the Court's October 12, 2010 Order, on November 16, 2010, Defendants lodged a number of documents for in camera review. The Court has carefully reviewed the documents and makes the following rulings.

1. **Documents 23, 80, 104, 144, 149, 155, 194, 201, 210, 220, 222:** These documents are privileged and need not be produced.

2. **Document 1:** This document shall be produced with the following redactions: (1) the third and fourth bullets points under "Current Status;" (2) last two entries from 2007 under "Mountain Lake History;" (3) the entire section labeled "Issues."

3. **Documents 120, 128:** These documents shall be produced with the attorney annotations redacted.

4. **Document 206:** With the exception of the two emails dated August 6, 2009, this document is privileged and need not be produced.

5. **Document 215:** With the exception of items 1 and 3 on this document, this document is privileged and need not be produced.

6.    **Documents 253, 264:** The attorney annotations and redlining in these documents are privileged and need not be produced.

**IT IS SO ORDERED.**

Dated: December 9, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge