Squire, Sanders & Dempsey L.L.P.
Ethan A. Miller (State Bar # 155965)
David A. Gabianelli (State Bar # 158170)
Ethan H. Seibert (State Bar # 232262)
Michelle M. Full (State Bar # 240973)
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:   eamiller@ssd.com
E-mail:   dgabianelli@ssd.com
E-mail:   eseibert@ssd.com
E-mail:   mfull@ssd.com

Attorneys for Defendants and Counter-Claimant
ZURICH AMERICAN INSURANCE COMPANY
and STEADFAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY,<br><br>Defendants. | Case No. CV08-5005-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Trial Date:   February 28, 2011 |
| STEADFAST INSURANCE COMPANY,<br><br>Counter-claimant,<br><br>vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>Counter-defendant. | |

This stipulation is being jointly made and submitted by Plaintiff United States of America and Counter-Defendant The Presidio Trust (collectively referred to herein as "Plaintiff"), and Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants").

It is AGREED AND STIPULATED by the parties as follows:

1. With the permission of the Court, the hearing on Steadfast Insurance Company's Motion for Partial Summary Judgment (Docket #153) will be continued from December 17, 2010 until January 7, 2011 at 9:00 a.m.

2. The parties make this request to facilitate ongoing discussions regarding a resolution of this matter following conferences with Magistrate Judge Joseph C. Spero on December 7th and 13th.

3. The parties will inform the Court of the status of this matter by no later than January 4, 2011.

**IT IS SO STIPULATED.**

DATED: December 16, 2010      MELINDA L. HAAG
                              United States Attorney


                              By: */s/ Jonathan U. Lee*
                                  JONATHAN U. LEE

                              Assistant U.S. Attorneys
                              COUNSEL FOR PLAINTIFF

DATED: December 16, 2010      SQUIRE, SANDERS & DEMPSEY L.L.P.


                              By: */s/ Ethan A. Miller*
                                  ETHAN A. MILLER


                              Attorneys for Defendant
                              ZURICH AMERICAN INSURANCE COMPANY
                              and Defendant and Counter-Claimant
                              STEADFAST INSURANCE COMPANY

//
//
//

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing on Steadfast Insurance
Company's Motion for Partial Summary Judgment is hereby CONTINUED from December 17,
2 2010 to January 7, 2011.
DATED: _____December 16, 2010___   _____
3                                              MAXINE M. CHESNEY
                                             United States District Judge