SQUIRE, SANDERS & DEMPSEY (US) LLP
Ethan A. Miller (State Bar # 155965)
David A. Gabianelli (State Bar # 158170)
Ethan H. Seibert (State Bar # 232262)
Michelle M. Full (State Bar # 240973)
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
E-mail:       Ethan.Miller@ssd.com
E-mail:       David.Gabianelli@ssd.com
E-mail:       Ethan.Seibert@ssd.com
E-mail:       Michelle.Full@ssd.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant STEADFAST
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>　　　　　Defendants. | CASE NO.  CV08-5005-MMC (EDL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Trial Date:  February 28, 2011 |
| STEADFAST INSURANCE COMPANY,<br><br>　　　　　Counter-claimant,<br><br>　vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>　　　　　Counter-defendant. | |

This stipulation is being jointly made and submitted by Plaintiff United States of America and Counter-Defendant The Presidio Trust (collectively referred to herein as "Plaintiff"), and Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants").

It is AGREED AND STIPULATED by the parties as follows:

1. The parties have made substantial progress in settlement negotiations. At this time, counsel are recommending settlement terms to their principals.

2. As a result of paragraph 1, the parties request that the hearing on defendant Steadfast Insurance Company's motion for partial summary judgment set for January 7, 2011 at 9:00 a.m. be continued to a date to be determined. The parties further request that the Court schedule a status conference for January 21, 2011 at 10:30 a.m., or at such date as is convenient for the Court, at which time counsel will report on the status of their respective clients' consideration of the settlement terms negotiated by counsel.

**IT IS SO STIPULATED.**

DATED: January 5, 2011           MELINDA L. HAAG
                                 United States Attorney


                                 By:   */s/ Jonathan U. Lee*
                                       JONATHAN U. LEE

                                 Assistant U.S. Attorneys
                                 COUNSEL FOR PLAINTIFF

DATED: January 5, 2011           SQUIRE, SANDERS & DEMPSEY L.L.P.


                                 By:   */s/ Ethan A. Miller*
                                       ETHAN A. MILLER


                                 Attorneys for Defendant
                                 ZURICH AMERICAN INSURANCE COMPANY
                                 and Defendant and Counter-Claimant
                                 STEADFAST INSURANCE COMPANY

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** and the matter is set for a status
2  conference on January 21, 2011 at 10:30 a.m.

3  DATED:    January 5, 2011                    _____
                                                 MAXINE M. CHESNEY
                                                 United States District Judge