SQUIRE, SANDERS & DEMPSEY (US) LLP
Ethan A. Miller (State Bar # 155965)
David A. Gabianelli (State Bar # 158170)
Ethan H. Seibert (State Bar # 232262)
Michelle M. Full (State Bar # 240973)
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
E-mail: Ethan.Miller@ssd.com
E-mail: David.Gabianelli@ssd.com
E-mail: Ethan.Seibert@ssd.com
E-mail: Michelle.Full@ssd.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant STEADFAST
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. CV08-5005-MMC (EDL)<br><br>**JOINT STIPULATION AND STATUS UPDATE REGARDING SETTLEMENT NEGOTIATIONS**<br><br>Trial Date: February 28, 2011 |
| STEADFAST INSURANCE COMPANY,<br><br>    Counter-claimant,<br><br>vs.<br><br>THE PRESIDIO TRUST, a Wholly-Owned Corporation of the UNITED STATES OF AMERICA,<br><br>    Counter-defendant. | |

This stipulation is being jointly made and submitted by Plaintiff United States of America and Counter-Defendant The Presidio Trust (collectively referred to herein as "Plaintiff"), and Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants").

It is AGREED AND STIPULATED by the parties as follows:

1. The parties have made substantial progress on settlement negotiations. Defendants have signed the settlement agreement negotiated and recommended by counsel. Plaintiff's consideration of the settlement agreement is pending. The parties will report to the Court at the Case Management Conference scheduled for this Friday, January 21, 2011 at 10:30 a.m.

**IT IS SO STIPULATED.**

DATED: January 19, 2011  MELINDA L. HAAG
United States Attorney

By: */s/ Jonathan U. Lee*
JONATHAN U. LEE

Assistant U.S. Attorneys
COUNSEL FOR PLAINTIFF

DATED: January 19, 2011  SQUIRE, SANDERS & DEMPSEY L.L.P.

By: */s/ Ethan A. Miller*
ETHAN A. MILLER

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant
STEADFAST INSURANCE COMPANY

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111-3492

1

JOINT STIPULATION
CASE NO. CV08-5005-MMC (EDL)