| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY (US) LLP |
| | Ethan A. Miller (State Bar # 155965) |
| 2 | David A. Gabianelli (State Bar # 158170) |
| | Ethan H. Seibert (State Bar # 232262) |
| 3 | Michelle M. Full (State Bar # 240973) |
| | 275 Battery Street, Suite 2600 |
| 4 | San Francisco, California 94111 |
| | Telephone: +1.415.954.0200 |
| 5 | Facsimile: +1.415.393.9887 |
| | E-mail: Ethan.Miller@ssd.com |
| 6 | E-mail: David.Gabianelli@ssd.com |
| | E-mail: Ethan.Seibert@ssd.com |
| 7 | E-mail: Michelle.Full@ssd.com |
| 8 | Attorneys for Defendant |
| | ZURICH AMERICAN INSURANCE COMPANY |
| 9 | and Defendant and Counter-Claimant |
| | STEADFAST INSURANCE COMPANY |
| 10 | |
| 11 | MELINDA HAAG (SBN 132612) |
| | United States Attorney |
| 12 | JOANN M. SWANSON (SBN 88143) |
| | Assistant United States Attorney |
| 13 | Chief, Civil Division |
| | JONATHAN U. LEE (SBN 148792) |
| 14 | CHARLES M. O'CONNOR (SBN 56320) |
| | Assistant United States Attorneys |
| 15 | Northern District of California |
| | 450 Golden Gate Avenue, Box 36055 |
| 16 | San Francisco, California 94102 |
| | Telephone: (415) 436-7200 |
| 17 | FAX: (415) 436-7169 |
| | E-mail: Jonathan.Lee@usdoj.gov |
| 18 | E-mail: COconnor@usdoj.gov |
| 19 | Attorneys for Plaintiff THE UNITED STATES OF |
| | AMERICA and Counter-Defendant THE PRESIDIO |
| 20 | TRUST |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV08-5005-MMC (EDL) |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| ZURICH INS. CO., ET AL., | |
| Defendants. | |
| AND RELATED COUNTER CLAIM. | |

This stipulation is made and submitted jointly by Plaintiff United States of America and Counter-Defendant The Presidio Trust (collectively referred to herein as "Plaintiffs"), and Defendant Zurich American Insurance Company and Defendant/Counter-Claimant Steadfast Insurance Company (collectively, "Defendants").

It is AGREED AND STIPULATED by the Plaintiffs and Defendants as follows:

1. Pursuant to Federal Rules of Civil Procedure Rules 41(a)(1)(A)(ii) and 41(c) Plaintiffs and Defendants dismiss all claims in this matter with prejudice.

2. Plaintiffs, by and through their counsel of record, hereby dismiss with prejudice all claims asserted in this case against Defendants. In addition to its claims against Defendants, Plaintiffs dismiss with prejudice all claims against the captioned defendant Zurich Insurance Company, now named Zurich Insurance Company Ltd.

3. Counter-Claimant Steadfast Insurance Company, by and through its counsel of record, hereby dismisses with prejudice all claims asserted in this case against The Presidio Trust.

4. Each party will bear its own costs.

IT IS SO STIPULATED.

DATED: February 18, 2011     MELINDA L. HAAG
United States Attorney

By: */s/ Jonathan U. Lee*
    JONATHAN U. LEE

Assistant U.S. Attorney
ATTORNEYS FOR PLAINTIFF THE UNITED STATES OF AMERICA AND COUNTER-DEFENDANT THE PRESIDIO TRUST

DATED: February 18, 2011     SQUIRE, SANDERS & DEMPSEY L.L.P.

By: */s/ Ethan A. Miller*
    ETHAN A. MILLER
    DAVID A. GABIANELLI

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY
and Defendant and Counter-Claimant
STEADFAST INSURANCE COMPANY

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:     February 22, 2011                               _____
                                                              HON. MAXINE M. CHESNEY
4                                                             United States District Judge

**SQUIRE, SANDERS &
DEMPSEY (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111-
3492

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER --
CASE NO. CV08-5005-MMC (EDL)